The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE LAFFERTY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER LIU et al.<br><br>　　　　Defendants. | No. 2:17-cv-00749-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES |

## **STIPULATION**

Defendant David Heenan, by and through his counsel Stephen T. LeCuyer, Thomas B. Nedderman, and John A. Safarli, Defendant Hudson Insurance Company ("Hudson"), by and through its counsel William W. Spencer, and Plaintiff Shane Lafferty, by and through his counsel William J. Johnston (collectively, "the Parties") respectfully request this Court continue the trial date that is currently set for February 5, 2018, Dkt. #10, and modify the pretrial deadlines accordingly.

This matter was originally filed in Whatcom County Superior Court on March 6, 2017.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 1

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

The Washington State Office of the Insurance Commissioner was served with the summons and complaint on April 17, 2017, accepted service, and forwarded copies to Hudson, which were received on April 26, 2017. Hudson then removed this matter, and this Court set trial for February 5, 2018. Dkt. #10. Heenan was not served until July 7, 2017—the day after the trial date was set. Heenan's counsel have since appeared. Dkt. #11, #12, #14.

Heenan's counsel have discussed a new trial date with counsel for Hudson and for Plaintiff. The Parties all consent to a new trial date. A new case schedule would provide Heenan with time to comply with pretrial deadlines, including expert disclosure under Fed. R. Civ. P. 26(a)(2), which is currently due on August 9, 2017.

Accordingly, the Parties respectfully request that this Court continue the trial date until May 2018, and modify the pretrial dates accordingly.

RESPECTFULLY SUBMITTED THIS 31st day of July, 2017.


FLOYD, PFLUEGER & RINGER, P.S.
By: s/ Thomas B. Nedderman
Thomas B. Nedderman
tnedderman@floyd-ringer.com
John A. Safarli
jsafarli@floyd-ringer.com
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
Tel (206) 441-4455
Fax (206) 441-8484

OFFICE OF THE TRIBAL ATTORNEY
SWINOMISH INDIAN TRIBAL COMMUNITY
By: s/ Stephen T. LeCuyer
Stephen T. LeCuyer
slecuyer@swinomish.nsn.us
11404 Moorage Way
La Conner, WA 98257
Tel (360) 466-1058

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 2

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

*Attorneys for Defendant David Heenan*

MURRAY DUNHAM & MURRAY

By: /s/ William W. Spencer
William W. Spencer
william@murraydunham.com
P.O. Box 9844
200 W. Thomas St., Suite 500
Seattle, WA 98109-0844
Tel (206) 622-2655

*Attorney for Hudson Insurance Company*

WILLIAM J. JOHNSTON
By: s/ William J. Johnston
William J. Johnston
wjtj47@gmail.com
401 Central Ave.
Bellingham, WA 98225
Tel (360) 676-1931
Fax (360) 676-1931

*Attorney for Plaintiff Shane Lafferty*

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 3

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.

200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

# **ORDER**

The trial date is continued from February 5, 2018, to May 7, 2018, and the pretrial deadlines will be adjusted accordingly.

IT IS SO ORDERED.

Dated this 1 day of August 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 4

No. 2:17-CV-00749-RSM

Floyd, Pflueger & Ringer P.S.
200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484