UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE LAFFERTY,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LIU et al.<br><br>           Defendants. | No. C17-749 RSM<br><br>SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES |

## **STIPULATION**

Defendant David Heenan, by and through his counsel Stephen T. LeCuyer, Thomas B. Nedderman, and John A. Safarli, Defendant Hudson Insurance Company ("Hudson"), by and through its counsel William W. Spencer, and Plaintiff Shane Lafferty, by and through his counsel William J. Johnston (collectively, "the Parties") respectfully request this Court continue the trial date that is currently set for May 7, 2018, Dkt. #17, and modify the pretrial deadlines accordingly.

This matter was originally filed in Whatcom County Superior Court on March 6, 2017. The Parties initially stipulated to continue trial because Heenan was served after the trial date was first set. *See* Dkt. #15. The Court granted the parties' motion on August 1, 2017. Dkt. #16. It ordered trial for May 7, 2018, with the parties' expert disclosures due on November 8, 2017

SECOND STIPULATED MOTION TO CONTINUE
TRIAL DATE AND MODIFY PRETRIAL
DEADLINES - 1

No. 2:17-CV-00749-RSM

F LOYD , P FLUEGER & R INGER P.S.

200 W. T HOMAS S T ., S UITE 500
S EATTLE , WA 98119-4296
T EL 206 441-4455
F AX 206 441-8484

and discovery completed by January 8, 2018. Dkt. #17.

Heenan propounded interrogatories and requests for production upon Lafferty on August 30, 2017. After the 30-day response deadline passed, Heenan set a discovery conference on October 9, 2017, in which Lafferty failed to participate. Heenan was only contacted by Lafferty on October 26, 2017 after five attempted communications, and only a few days before a Motion to Compel was to be filed. In lieu of filing said motion immediately, Lafferty agreed to cooperate with Heenan's requested discovery and stipulate to a trial continuance—including a postponement of pre-trial deadlines—so Heenan could adequately prepare his defense, which he was not previously able to do without discovery responses from Lafferty.[1]

Accordingly, the Parties respectfully request that this Court continue the trial date until October 2018, and modify the pretrial dates accordingly.

RESPECTFULLY SUBMITTED THIS 31st day of October, 2017.

FLOYD, PFLUEGER & RINGER, P.S.
By: s/ Thomas B. Nedderman
Thomas B. Nedderman
tnedderman@floyd-ringer.com
John A. Safarli
jsafarli@floyd-ringer.com
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
Tel (206) 441-4455
Fax (206) 441-8484
OFFICE OF THE TRIBAL ATTORNEY
SWINOMISH INDIAN TRIBAL COMMUNITY
By: s/ Stephen T. LeCuyer
Stephen T. LeCuyer
slecuyer@swinomish.nsn.us
11404 Moorage Way

---

[1] Heenan reserves his right to file a motion to compel if Lafferty's discovery responses and disclosures remain inadequate or untimely.

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 2

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

La Conner, WA 98257
Tel (360) 466-1058

*Attorneys for Defendant David Heenan*

MURRAY DUNHAM & MURRAY

By: _____
William W. Spencer
william@murraydunham.com
P.O. Box 9844
Seattle, WA 98109-0844
Tel (206) 622-2655

*Attorney for Hudson Insurance Company*

WILLIAM J. JOHNSTON
By: s/ William J. Johnston
William J. Johnston
wjtj47@gmail.com
401 Central Ave.
Bellingham, WA 98225
Tel (360) 676-1931
Fax (360) 676-1931

*Attorney for Plaintiff Shane Lafferty*

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 3

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.

200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

# ORDER

The trial date is continued from May 7, 2018, to October 22, 2018, and the pretrial deadlines will be adjusted accordingly.

Dated this 2nd day of November 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND MODIFY PRETRIAL DEADLINES - 4

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484