UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE LAFFERTY, | No. C17-749 RSM |
| Plaintiff, | |
| vs. | STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL DEADLINES |
| CHRISTOPHER LIU et al. | |
| Defendants. | |

## **STIPULATION**

Defendants the United States of America, David Heenan, Hudson Insurance Company, and Plaintiff Shane Lafferty ("The Parties"), all by and through their counsel of record, respectfully request this Court to modify the pre-trial deadlines set in the Court's prior Order (Dkt. #20) to allow for fuller compliance with the disclosure requirements set forth in the Federal Rules of Civil Procedure.

Specifically, the Parties ask the Court to continue the deadline for disclosure of expert testimony from April 25, 2018 to May 25, 2018. The Parties likewise ask that the Court postpone the deadline for filing discovery motions by one week to June 1, 2018. The Parties ask that no other deadline be modified.

STIPULATED MOTION AND ORDER TO MODIFY
PRETRIAL DEADLINES - 1

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

| | |
|---|---|
| RESPECTFULLY SUBMITTED THIS 10th day of April, 2018. | |
| UNITED STATES ATTORNEY<br>By: s/ Tricia Boerger<br>Tricia Boerger, WSBA #38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>*Attorney for the United States of America*<br><br>FLOYD, PFLUEGER & RINGER, P.S.<br>By: s/ Thomas B. Nedderman<br>Thomas B. Nedderman<br>tnedderman@floyd-ringer.com<br>William J. Dow<br>wdow@floyd-ringer.com<br>200 W. Thomas Street, Suite 500<br>Seattle, WA 98119-4296<br>Tel (206) 441-4455<br>Fax (206) 441-8484<br><br>OFFICE OF THE TRIBAL ATTORNEY<br>SWINOMISH INDIAN TRIBAL COMMUNITY<br>By: s/ Stephen T. LeCuyer<br>Stephen T. LeCuyer<br>slecuyer@swinomish.nsn.us<br>11404 Moorage Way<br>La Conner, WA 98257<br>Tel (360) 466-1058<br>*Attorneys for Defendant David Heenan* | MURRAY DUNHAM & MURRAY<br>By: s/William W. Spencer<br>William W. Spencer<br>william@murraydunham.com<br>P.O. Box 9844<br>200 W. Thomas St., Suite 500<br>Seattle, WA 98109-0844<br>Tel (206) 622-2655<br>*Attorney for Hudson Insurance Company*<br><br>WILLIAM J. JOHNSTON<br>By: s/ William J. Johnston<br>William J. Johnston<br>wjtj47@gmail.com<br>401 Central Ave.<br>Bellingham, WA 98225<br>Tel (360) 676-1931<br>Fax (360) 676-1931<br>*Attorney for Plaintiff Shane Lafferty* |

STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL DEADLINES - 2

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

# **ORDER**

The disclosure of expert testimony deadline is continued from April 25, 2018 to May 25, 2018. The deadline for filing discovery motions shall also be continued from May 25, 2018 to June 1, 2018. No other deadlines set forth in the Court's prior scheduling Order (Dkt. #20) shall be modified.

Dated this 12th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL DEADLINES - 3

No. 2:17-CV-00749-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484