UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE LAFFERTY, a single person, )
) CASE NO. C17-0749RSM
      Plaintiff, )
)
      v. ) ORDER GRANTING UNITED STATES'
) MOTION TO DISMISS FOR LACK OF
CHRISTOPHER LIU, et al., ) SUBJECT MATTER JURISDICTION
)
      Defendants. )
)

This matter comes before the Court on Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction. Dkt. #35. Plaintiff Shane Lafferty failed to file any response brief. Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit. LCR 7(b)(2).

On March 28, 2018, the United States filed a Notice of Substitution to substitute the United States of America for David Heenan for the purposes of all common law tort claims against him. Dkt. #28. It has been determined by Defendant United States that Mr. Heenan was acting within the course and scope of his employment as a Swinomish Indian Tribal Community Police Officer and pursuant to a grant under the Indian Self-Determination and Education Assistance Act ("ISDEAA") at the time of the claims in this litigation. *See* Dkt. No. 28-1. The

ORDER GRANTING IN PART MOTION TO COMPEL AND AWARDING FEES - 1

Court sees nothing in the record to disagree with that conclusion. Plaintiff did not file an administrative claim with the United States Department of the Interior or Bureau of Indian Affairs prior to filing a lawsuit in state court. *See* Dkt. #36. The Court finds that Defendant's requested relief is proper given the record and the requirements of the Federal Tort Claims Act ("FTCA"). *See* 28 U.S.C. § 2675(a); *McNeil v. United States*, 508 U.S. 106, 113 (1993); *Brady v. United States*, 211 F.3d 499, 502 (9th Cir. 2000).

Accordingly, having considered the relevant briefing, supporting declarations, and the remainder of the record, the Court hereby finds and ORDERS:

> Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #35) is GRANTED. Plaintiff's Complaint is dismissed as to the United States, relating to any and all common law tort claims asserted against David Heenan.

DATED this 18 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE